UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| LUE ELLA ROGERS | ) | |
| | ) | |
| v. | ) | NO. 2:04-CV-434 |
| | ) | |
| TENNESSEE BOARD OF REGENTS, | ) | |
| Et al. | ) | |

# **O R D E R**

This Section 1983 matter is before the Court to address "Defendants' Motion for Partial Dismissal" filed by the Tennessee Board of Regents and its members named in their official capacities, Walters State Community College, and the Walters State Community College employees named in their official capacities. [Doc. 5]. The plaintiff concedes in her response to this motion that she cannot obtain monetary relief from these defendants and she has attempted to amend her complaint to assert only a claim for equitable relief against them. However, the plaintiff only amended the style of her case and did not amend the paragraphs in which she seeks relief or her prayer for relief.

Accordingly, it is hereby **ORDERED** that the Motion for Partial Dismissal filed by the defendants, the Tennessee Board of Regents and its members named in their official capacities namely, Frank Barnett, Edgar R. Bowers, Honorable Phil Bredesen, Dr. Larry Burriss, Agenia Clark, Noble Cody, Honorable Ken Givins, Tom H. Jackson, Jonas Kisber, Fran Marcum, Leslie Parks Pope, Howard Roddy, Dr. Richard Rhoda, J. Stanley Rogers, Dr. Maxine Smith, Honorable Lana Seivers, William Wakins, Jr., Laura Wells, Walters State Community College, and the Walters State Community College employees named in their official capacities namely, Dr. Jack Campbell, Cheryl McCall, Ramona Logan, Barbara McNeeley, Mary Lou Apple, and Marty Rucker, is **GRANTED** and all monetary claims of plaintiff against these defendants are **DISMISSED**. [Doc. 5].

ENTER:

s/J. RONNIE GREER
UNITED STATES DISTRICT JUDGE

2

Case 2:04-cv-00434   Document 17   Filed 08/18/05   Page 2 of 2   PageID #: 2