UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| LUE ELLA ROGERS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 2:04-CV-434 |
| | ) (Greer/Guyton) |
| TENNESSEE BOARD OF | ) |
| REGENTS et al., | ) |
| | ) |
| Defendants. | ) |

**MEMORANDUM AND ORDER**

The defendants Tennessee Board of Regents, the members thereof named in their official capacities, Walters State Community College, and the employees thereof named in their official capacities move for an extension of time in which to respond to the plaintiff's amended complaint. The defendants request an additional twenty (20) days after the plaintiff obtains service on all of the defendants who have been sued in their individual capacities to file an answer on behalf of all the defendants. [Doc. 18]. The plaintiff has not filed any opposition to this motion.

For good cause shown, the defendants' Motion for Enlargement of Time to Respond to Plaintiff's Amended Complaint [Doc. 18] is **GRANTED** to the extent that the defendants shall have until **October 10, 2005** or twenty (20) days after the plaintiff obtains service on all of the defendants who have been sued in their individual capacities, whichever is earlier, in which to file an answer.

**IT IS SO ORDERED.**

**ENTER:**

s/ H. Bruce Guyton
United States Magistrate Judge